UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-09805-AB (AGRx) | Date: | May 12, 2023 |
| Title: | Christina Astorga v. County of Los Angeles et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Colleen Flynn | Jin S Choi |
| Donald Webster Cook | |

**Proceedings:** PLAINTIFFS' MOTION FOR SANCTIONS [330]
(Video Conference - Zoom)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

As discussed in Court and on the record, the parties shall submit their filings consistent with the Court's Order on the record.