UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 20-CV-9805-AB-AGR | Date: | July 31, 2023 |
|---|---|---|---|

| Title: | *Christina Astorga et al. v. County of Los Angeles et al* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER RE: Additional Discovery and Briefing and Plaintiffs' Motion for Sanctions**

Plaintiffs filed a Motion for Sanctions on April 14, 2023 (Dkt. No. 330) and considerable briefing ensued. Defendants filed an Opposition on April 21, 2023 (Dkt. No. 332) and Plaintiffs filed a Reply on April 28, 2023. (Dkt. No. 334.) The Court held a hearing on May 12, 2023, (*see* Dkt. No. 336), and the parties filed a Joint Report on June 16, 2023, outlining the remaining disputes. (Dkt. No. 341.) The Court then issued an Order on June 28, 2023, directing Defendants to produce discovery responses previously withheld due to an "ongoing criminal investigation." (*See generally* Dkt. No. 343).

Defendants filed a Notification regarding compliance with the Court's Order on July 10, 2023, and then a Supplemental Notification on July 19, 2023. (Dkt. Nos. 344, 346.) Plaintiffs filed a Report on July 26, 2023 (Dkt. No. 347), and the Court held a hearing on July 28, 2023.

The Court issues this written Order to memorialize its July 28, 2023 ruling from the bench:

1. Plaintiffs' requests to depose Christopher Gentner, Michael Deschamps, and Deputy A. Valenzuela are **DENIED.**
2. Plaintiffs' request to depose Clarence Chapman is **GRANTED.** The deposition shall take place within 21 days of this Order.
3. Plaintiffs' request regarding the SH-R-77 Form is **DENIED WITHOUT PREJUDICE** as premature given Defendants' counsel's representations on the record.
4. Plaintiffs' Supplemental Response shall be filed on or before September 22, 2023. Defendants' Reply shall be filed on or before October 6, 2023.
5. Plaintiffs' Motion for Sanctions is **DENIED AS MOOT.**

**IT IS SO ORDERED**.