**COLLEEN FLYNN**, CSB 234281
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 fax
E-mail: cflynnlaw@yahoo.com

**PEDRAM ESFANDIARY**, CSB 312569
**MONIQUE ALARCON**, CSB 311560
BAUM HEDLUND, ARISTEL, & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 / (310) 820-7444 fax
Email: pesfandiary@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
Email: manncooklaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINA ASTORGA, etc., et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>    Defendants. | Case No. 2:20-cv-09805-AB-AGR<br><br>Honorable André Birotte Jr.<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF PRETRIAL, TRIAL AND RELATED DATES**<br><br>Trial Date: 5/28/24<br>Time: 8:30 a.m.<br>Crtm: 7B<br><br>Final Pretrial Conference: 5/3/24<br>Time: 11:00 a.m.<br>Crtm: 7B |
|---|---|

1

1  TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF
2  RECORD:
3  WHEREAS by orders filed October 4, 2021 (ECF 167), February 3, 2023
4  (ECF 324), April 14, 2023 (ECF 329), May 2, 2023 (ECF 335), and August 9, 2023,
5  the Court set various pretrial and trial dates;
6  WHEREAS the Court heard argument on dispositive motions on December
7  16, 2022 (Plaintiffs' Renewed Motion for Reconsideration (ECF 280); Defendants'
8  Motion for Summary Judgment (ECF 281); and related *ex parte* applications
9  concerning public and under seal filings;
10  WHEREAS the Court ordered supplemental briefing regarding *Monell*
11  liability on March 30, 2023 (ECF 325);
12  WHEREAS the parties' supplemental briefing was filed by April 13, 2023
13  (ECF 326-328);
14  WHEREAS the Court held a status conference with respect to the status of
15  the pending motions on July 28, 2023, and issued various rulings, including
16  instructions to file supplemental briefing by Plaintiffs by September 22, 2023 and
17  by Defendants by October 6, 2023 (ECF 348);
18  NOW, THEREFORE, the parties request that in lieu of resetting the trial and
19  related dates, the Court instead, upon issuance of ruling on the pending Rule 56
20  motions, and in the event there remains one or more issues to be tried following the
21  Court's ruling, set a status conference date for the setting of trial and related dates;
22  furthermore, the Court set a date in advance of the status conference date directing
23  the parties to file a joint report with proposed trial and related dates.
24  [Signature of counsel on following page]
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| Dated: February 22, 2024 | By | /s/   Colleen Flynn |
| | | Colleen Flynn[1] |
| | | Donald Cook |
| | | Pedram Esfandiary |
| | | Monique Alarcon |
| | | Attorneys for Plaintiffs |
| | | Christina Astorga, Hugo Padilla, |
| | | Ryan Dodson and Kiyoko Dodson |
| Dated: February 22, 2024 | | LAWRENCE BEACH ALLEN & CHOI, PC |
| | By | /s/   Jin S. Choi |
| | | Jin S. Choi |
| | | Attorneys for Defendants |
| | | County of Los Angeles, Los Angeles County Sheriff's Department and Sheriff Alex Villanueva |

---

[1] As the filer of this Stipulation, I, Colleen Flynn, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3