**COLLEEN FLYNN**, CSB 234281
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
E-mail: cflynnlaw@yahoo.com

**PEDRAM ESFANDIARY**, CSB 312569
**MONIQUE ALARCON**, CSB 311560
BAUM HEDLUND, ARISTEL, & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 / (310) 820-7444 facsimile
Email: pesfandiary@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 facsimile
Email: manncook@earthlink.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, an individual, on behalf of herself and as class representative; HUGO PADILLA, an individual, on behalf of himself and class representative; RYAN MICHAEL DODSON, an individual, and KIYOKO DODSON, an individual, on behalf of themselves and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; SHERIFF ALEX VILLANUEVA, an individual; ALL CITY TOW GIRL LLC, a California corporation; and Does 1 through 10, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-9805 AB (AGRx)<br><br>**PLAINTIFFS' NOTICE OF ERRATUM RE PROPOSED ORDER (ECF 361-1)** |

-1-

00159016.WPD

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the proposed Order Continuing Pretrial, Trial and Related Dates (ECF 361-1) was inadvertently filed without a request that the current trial, pretrial and related dates be vacated. Submitted herewith as ECF 362-1 is a revised proposed order for use in connection with the parties' Stipulation filed February 22, 2024 (ECF 361).

DATED: February 27, 2024

**COLLEEN FLYNN**
**PEDRAM ESFANDIARY**
**MONIQUE ALARCON**
**DONALD W. COOK**
Attorneys for Plaintiffs

By  /s/ Colleen Flynn
_____
Colleen Flynn