# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, an individual, on behalf of herself and as class representative; HUGO PADILLA, an individual, on behalf of himself and class representative; RYAN MICHAEL DODSON, an individual, and KIYOKO DODSON, an individual, on behalf of themselves and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal corporation; et al.,<br><br>Defendants. | Case No. 2:20-cv-9805 AB (AGRx)<br><br>[~~Proposed~~] **ORDER VACATING PRETRIAL, TRIAL, AND RELATED DATES** |

Pursuant to the parties' stipulation (ECF 361), the Court **VACATES** the current trial, pretrial, and related dates. If there remain issues to be tried after the Court's issuance of its ruling on the pending Rule 56 motions, the parties must meet and confer, and within 10 days of the issuance of the Court's Order, file a Stipulation and Proposed Order with proposed new dates.

SO ORDERED.

DATED: February 28, 2024

_____
**HON. ANDRÉ BIROTTE JR.**
United States District Judge