**COLLEEN FLYNN**, CSB 234281
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444 / (213) 252-0091 fax
E-mail: cflynnlaw@yahoo.com

**PEDRAM ESFANDIARY**, CSB 312569
**MONIQUE ALARCON**, CSB 311560
BAUM HEDLUND, ARISTEL, & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 / (310) 820-7444 fax
Email: pesfandiary@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
Email: manncooklaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, etc., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, etc., et al.,<br><br>    Defendants. | Case No. 2:20-cv-09805-AB-AGR<br><br>Honorable André Birotte Jr.<br><br>**STIPULATED REQUEST FOR ORDER THAT LASD RETURN AND DESTROY DATA LASD EXTRACTED FROM C. ASTORGA AND H. PADILLA'S CELLULAR PHONES**<br><br>Trial Date: N/A<br>Time: 8:30 a.m.<br>Crtm: 7B<br><br>Final Pretrial Conference: N/A<br>Time: 11:00 a.m.<br>Crtm: 7B |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS LASD seized phones belonging to Christina Astorga and Hugo Padilla on September 8, 2020 upon their arrests at a South Los Angeles protest (Apple Model A1901 iPhone 10, IMEI 354860096020911; Apple Model A1905, IMEI 356081094423076);

WHEREAS on August 14, 2023, defendants produced two supplemental reports, commonly called "SHAD-77," that establish LASD personnel searched the above phones;

WHEREAS the two reports establish that LASD personnel searched the phones on September 9, 2020 (Astorga's phone) and September 11 (Padilla's phone) using "Cellebrite Physical Analyzer" software and extracted and copied all data from each phone;

WHEREAS, LASD generated Cellebrite reports that reflected the contents extracted and copied from the above two phones;

WHEREAS no criminal charges were filed against Christina Astorga or Hugo Padilla;

WHEREAS the LASD returned Christina Astorga's phone to her in July 2021;

WHEREAS the LASD returned Hugo Padilla's phone to him in June 2021;

WHEREAS the LASD has possession of the data extracted from the above two phones;

NOW, THEREFORE, the parties request that the Court issue an order (1) instructing the LASD to produce a copy of all data extracted from the above two phones to LASD's counsel who will, within five court days of receipt, deliver the copy(ies) to Plaintiffs' counsel; (2) destroy all copies in whatever form (electronic, paper, etc.) of the data that remains in LASD's custody, possession or control; and (3) provide, for delivery to Plaintiffs' counsel, a declaration executed by an LASD

representative with first-hand knowledge attesting to compliance with points (1) and (2).

Dated: August 5, 2024                By  /s/  Colleen Flynn
                                         Colleen Flynn[1]
                                         Donald Cook
                                         Pedram Esfandiary
                                         Monique Alarcon
                                         Attorneys for Plaintiffs
                                         Christina Astorga, Hugo Padilla,
                                         Ryan Dodson and Kiyoko Dodson

Dated: August 5, 2024                LAWRENCE BEACH ALLEN & CHOI, PC


                                     By  /s/  Jin S. Choi
                                         Jin S. Choi
                                         Attorneys for Defendants
                                         County of Los Angeles, Los Angeles County
                                         Sheriff's Department and
                                         Sheriff Alex Villanueva

---

[1] As the filer of this Stipulation, I, Colleen Flynn, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3