**COLLEEN FLYNN**, CSB 234281
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
E-mail: cflynnlaw@yahoo.com

**PEDRAM ESFANDIARY**, CSB 312569
**MONIQUE ALARCON**, CSB 311560
BAUM HEDLUND, ARISTEI, & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 / (310) 820-7444 fax
Email: pesfandiary@baumhedlundlaw.com
Email: malarcon@baumhedlundlaw.com

**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444 / (213) 252-0091 fax
Email: manncooklaw@gmail.com

Attorneys for all Plaintiffs *except* for Plaintiffs in case no. 2:22-cv-6224-AB-MAR; in that case Plaintiffs are represented solely by attorneys Colleen Flynn and Donald W. Cook.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:20-cv-9805-AB-AGR <br><br> **STIPULATION FOR VACATING OF OR EXTENSION OF DISCOVERY CUT-OFF** |
| EMANUEL PADILLA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:22-cv-6224-AB-MAR (Pursuant to the Court's 8/19/24 Order in 2:20-cv-9805 [ECF 376], 2:22-cv-6224 is closed as it is consolidated with 2:20-cv-9805.). |

TO THE HON. ANDRÉ BIROTTE JR., JUDGE OF THE UNITED STATES DISTRICT COURT:

00162148.DOCX

1

1  WHEREAS as the Court recognized that the claims and parties in case no. 2:22-cv-6224-AB ("*Padilla*") overlap to a significant extent with those in case no. 2:20-cv-9805-AB ("*Astorga*") such that the Court consolidated *Padilla* with *Astorga* and closed case no. 2:22-cv-6224 (see ECF 376, 8/19/24 *Astorga* Order);

WHEREAS the Court's 8/19/24 Order (ECF 376) also set December 15, 2024 as the cut-off date for completing discovery on the *Padilla* claims while deferring the setting of pretrial, trial and related dates;

WHEREAS consistent with the Court's 8/19/24 Order the *Padilla* parties have been pursuing discovery;

WHEREAS because of the overlapping claims in both *Astorga* and *Padilla*, the parties wish to pursue mediation before a Court Mediation Panel member previously agreed upon by the parties in connection to another lawsuit regarding the same September 8, 2020 protest in which Plaintiff's counsel represent the single plaintiff Julianna Lacoste, case no. 2:23-cv-4917-DMG ("*Lacoste*");

WHEREAS if the mediation is successful, the parties believe it will substantially resolve many if not all of the overlapping claims in the three cases;

WHEREAS there is no trial or pretrial dates in either *Astorga, Padilla or Lacoste*, and thus, pursuing mediation will not delay the setting of those dates;

WHEREAS the parties wish to defer certain *Padilla* discovery so that the parties can devote their efforts to case resolution through mediation;

NOW THEREFORE the parties request that the Court either vacate the *Padilla* discovery cut-off date or continue it by 150 days to May 14, 2025, as the parties believe the earliest mediation date with the selected mediator will probably not occur until either March or April, 2025.

[Signature of counsel on following page]

///

///

///

00162148.DOCX

1  DATED: December 2, 2024

**COLLEEN FLYNN
DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook

7  DATED: December 2, 2024

**LAWRENCE BEACH ALLEN & CHOI, PC**
Attorneys for Defendants

s/ Jin S. Choi

By_____
Jin S. Choi

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

00162148.DOCX