1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  CHRISTINA ASTORGA, et al., | Case No. 2:20-cv-9805-AB-AGR |
| 11                Plaintiffs, | |
| 12  vs. | **ORDER RE DISCOVERY CUT-OFF DATE ON** *PADILLA* **CLAIMS** |
| 13  COUNTY OF LOS ANGELES, et al., | |
| 14                Defendants. | |
| 15 | |
| 16  EMANUEL PADILLA, et al., | Case No. 2:22-cv-6224-AB-MAR (Pursuant to the Court's 8/19/24 Order in 2:20-cv-9805 [ECF 376], 2:22-cv-6224 is closed as it is consolidated with 2:20-cv-9805.). |
| 17                Plaintiffs, | |
| 18  vs. | |
| 19  COUNTY OF LOS ANGELES, et al., | |
| 20                Defendants. | |

21
22
23
24
25
26
27
28

Upon the parties' stipulation (Dkt. No. 377) and good cause appearing therefor, IT IS HEREBY ORDERED that the December 15, 2024, discovery cut-off on the *Padilla* claims (2:22-cv-6224) is hereby continued to May 14, 2025. The Parties are advised that the other requirements of the August 19, 2024 Order (Dkt. No. 376) remain effective.

DATED: December 2, 2024

_____
**HON. ANDRÉ BIROTTE JR.**
United States District Judge