UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINA ASTORGA, an individual, on behalf of herself and as class representative; et al.,<br><br>   Plaintiffs - Appellees,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff,<br><br>   Defendant - Appellant,<br><br>and<br><br>COUNTY OF LOS ANGELES, a municipal corporation and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity,<br><br>   Defendants. | No. 24-4061<br><br>D.C. No. 2:20-cv-09805-AB-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

  The Clerk is directed to temporarily close this court's docket for administrative purposes until April 15, 2025. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

  At any time, any party may request that this appeal be reopened.

  Counsel for each party shall provide a joint status report to the Circuit Mediator (Robert_Kaiser@ca9.uscourts.gov), by April 1, 2025. Counsel are

requested to include the Ninth Circuit case name and number in the subject line.

The status report should not be filed with the court.

                        FOR THE COURT:

                        By: Robert Kaiser
                        Circuit Mediator