UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-9805-AB-AGR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUT-OFF** |

Having reviewed the Parties' Stipulation to Extend the Discovery Cut-Off Date (Dkt. No. 380), and finding good cause therein, the stipulation is GRANTED and the May 14, 2025, discovery cut-off on the *Padilla* claims (2:22-cv-6224) is hereby CONTINUED to May 30, 2025.

**IT IS SO ORDERED.**

Dated: May 9, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE