| | |
|---|---|
| **COLLEEN FLYNN**, CSB 234281<br>ATTORNEY AT LAW<br>3435 Wilshire Blvd., Ste. 2910<br>Los Angeles, CA 90010<br>(213) 252-9444 / (213) 252-0091 fax<br>E-mail: cflynnlaw@yahoo.com | |
| **PEDRAM ESFANDIARY**, CSB 312569<br>**MONIQUE ALARCON**, CSB 311560<br>Baum Hedlund, Aristel, & Goldman, P.C.<br>10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024<br>(310) 207-3233 / (310) 820-7444 fax<br>Email: pesfandiary@baumhedlundlaw.com<br>Email: malarcon@baumhedlundlaw.com | **DONALD W. COOK**, CSB 116666<br>ATTORNEY AT LAW<br>3435 Wilshire Blvd., Ste. 2910<br>Los Angeles, CA 90010<br>(213) 252-9444 / (213) 252-0091 fax<br>Email: manncooklaw@gmail.com |

Attorneys for all Plaintiffs *except* for Plaintiffs in case no. 2:22-cv-6224-AB-MAR; in that case Plaintiffs are represented solely by attorneys Colleen Flynn and Donald W. Cook

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ASTORGA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-9805-AB- AGR<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE (*PADILLA*)**<br><br>Pretrial Conf.: None set<br>Trial Date: None set |
| EMANUEL PADILLA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-6224-AB-MAR (Pursuant to the Court's 8/19/24 Order in 2:20-cv-9805 [ECF 376], 2:22-cv-6224 is closed as it is consolidated with 2:20-cv-9805.). |

TO THE HON. ANDRÉ BIROTTE JR.:

WHEREAS by order filed May 9, 2025 (ECF 381), the Court set May 30, 2025 as the discovery cut-off on the *Padilla* claims (2:22-cv-6224);

WHEREAS the parties seek to extend the above discovery cut-off date to June 25, 2025, in order to complete the deposition of Plaintiff Emanuel Padilla;

WHEREAS this extension is necessary because Plaintiffs' counsel Donald W. Cook became unavailable on account of his wife's re-hospitalization (she was re-admitted for a third time last week and as of this writing remains hospitalized for significant complications following major open heart surgery);

WHEREAS the extension will not affect trial or pretrial dates as those dates in *Astorga* (2:20-cv-9805) were vacated pursuant to the parties' stipulation (2:20-cv-9805 (*Astorga*; ECF 361, 363)), prior to the consolidation of *Padilla* and *Astorga* (2:20-cv-9805 (*Astorga*, ECF 376);

NOW, THEREFORE, the parties request the Court extend to June 25, 2025 discovery cut-off in 2:22-cv-6224 as requested above.

DATED: May 28, 2025

**COLLEEN FLYNN & DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook

DATED: May 27, 2025

**LAWRENCE BEACH ALLEN & CHOI, PC**
Attorneys for Defendants

s/ Jin S. Choi

By_____
Jin S. Choi

Pursuant to L.R. 5-4.3.4, the filer of this document attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.