1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JIN S. CHOI, State Bar No. 180270
   jchoi@lbaclaw.com
3  RAYMOND W. SAKAI, State Bar No. 193507
   rsakai@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   150 South Los Robles Ave., Suite 660
5  Pasadena, California 91101
   Telephone No. (818) 545-1925
6
7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CHRISTINA ASTORGA, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, etc., et al., <br><br> Defendants. <br> ——————————————— <br> EMANUEL PADILLA, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, etc., et al., <br><br> Defendants. | Case No. 2:20-cv-09805-AB-AGR <br> [Consolidated with Case No. 2:22-cv-06224-AB-MAR] <br><br> Honorable André Birotte Jr. <br><br> **STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE (*PADILLA*)** <br><br> Pretrial Conference: None <br> Trial Date: None <br><br> [Proposed] Order lodged concurrently herewith |

1

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

WHEREAS on May 30, 2025, the Court extended the discovery cut-off on the *Padilla* claims (2:22-cv-6224) to June 25, 2025 (ECF 386), pursuant to the parties' stipulation (ECF 385) June 21, 2024;

WHEREAS the parties seek to extend the above discovery cut-off date to July 31, 2025 in order to complete the deposition of Plaintiff Emanuel Padilla;

WHEREAS the parties are currently scheduled to mediate the *Astorga, Padilla* and *Julianna Lacoste* matters on August 14, 2025 with mediator Phyllis Cheng;

WHEREAS the deposition of Plaintiff Padilla has not yet been taken due to (a) Plaintiffs' position that additional LASD documents regarding Plaintiff Emanuel Padilla should be produced and Defendants have continued their effort to locate any such documents, coupled with (b) the unavailability of Plaintiffs' counsel Donald W. Cook, the attorney principally responsible for the prosecution of Plaintiff Emanuel Padilla's claims, his unavailability caused by the hospitalization followed by the June 23, 2025 death of counsel's wife;

WHEREAS the parties anticipate resolving this issue so that this deposition will be taken a sufficient amount of time prior to the August 14, 2025 mediation;

WHEREAS the extension will not affect trial or pretrial dates as those dates in *Astorga* (2:20-cv-9805) were vacated pursuant to the parties' stipulation (2:20-cv-9805 (*Astorga*, ECF 361, 363)), prior to the consolidation of *Padilla* and *Astorga* (2:20-cv-9805 (*Astorga*, ECF 376));

NOW, THEREFORE, the parties request the Court to extent to July 31, 2025 the discovery cut-off in 2:22-cv-6224 as requested above.

Dated: June 24, 2025          COLLEEN FLYNN & DONALD COOK


                              By ____/s/ Donald W. Cook_____
                                  Colleen Flynn
                                  Donald W. Cook
                                  Attorneys for Plaintiffs

Dated: June 24, 2025          LAWRENCE BEACH ALLEN & CHOI, PC


                              By _____/s/  Jin S. Choi_____
                                  Jin S. Choi[1]
                                  Attorneys for Defendants

---

[1] As the filer of this Stipulation, I, Jin S. Choi, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.