Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christina Astorga, et al., | CASE NUMBER |
| Plaintiff(s) | 2:20-cv-09805-AB-AGR |
| v. | |
| County of Los Angeles, et al., | **MEDIATION REPORT** |
| Defendant(s). | |

_Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._

1.  ☑ A mediation was held on (date): August 14, 2025 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

    ☐ Plaintiff or plaintiff's representative failed to appear.
    ☐ Defendant or defendant's representative failed to appear.
    ☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).
    ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☑ No, and further facilitated discussions are expected. _(See No. 4 below.)_
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    November 2025

Dated: August 15, 2025

/s/
Signature of Mediator

Phyllis W. Cheng
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_