UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINA ASTORGA, an individual, on behalf of herself and as class representative; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ALEX VILLANUEVA, Sheriff, <br><br> Defendant - Appellant, <br><br> and <br><br> COUNTY OF LOS ANGELES, a municipal corporation and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity, <br><br> Defendants. | No. 24-4061 <br><br> D.C. No. 2:20-cv-09805-AB-AGR <br> Central District of California, Los Angeles <br><br> ORDER |

This appeal was administratively closed. The appeal is reopened.

This case is released from the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

The briefing schedule is reset as follows: the opening brief is due October 20, 2025; the answering brief is due November 19, 2025; the optional reply brief is due within 21 days from the service date of the answering brief.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator